# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN


U.S. District Court
Wisconsin, Eastern
OCT 17 2025
FILED
Clerk of Court

(Full name of plaintiff(s))

Jared Michael Williquette

v.

Case Number: 25-C-1599

(to be supplied by Clerk of Court)

(Full name of defendant(s))

Florence County, WI

Florence County Sheriff"s Office

Eric Windell

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __2675 Montgomery Lake Rd. Florence, Wi 54121__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Eric Windell__
                                              (Name)

Complaint – 1

## Defendants

Defendant Benjamin Neuens, unknown address, worked for The Florence County Sheriffs Office

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __5502 Cross Cut Rd. Florence, WI 54121__

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __the Florence County Sheriff's Office__

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On the evening of May 7, 2023, plaintiff Jared Williquette was residing at my residence in Florence, WI when Officers Eric Windell and Ben Neuens of the Florence County Sheriff's Office violated my rights and assaulted me under color of law after being called to a civil dispute by a visitor at my residence. These officers permanently injured me while forcefully removing me from my home without due process, a warrant, or exigent circumstance. . Officer Windell and Officer Neuens actions can only be due to negligence and ignorance of my constitutional rights and the law. Their excessive and unnecessary use of force resulted in permanent nerve damage and spinal injuries as well as a multitude of broken bones.

When I arrived at the jail, Officer Windell also refused medical treatment when I

Informed him my leg was injured. I belive Officer Windell had a discriminatory bias prior to this interaction that dictated how the situation was handled.

C.  JURISDICTION

■ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am seeking monetary compensation for future lost wages, permanent degenerative

injuries, future medical costs, pain and suffering, the violation of my rights and the

damage to my reputation in the small community I live in.

I am no longer able to perform the work that I was capable of and have lost out on the

oppurtunity to return to my career as a result.

I am also requesting a review or some type of oversight of the hiring and training

practices of the Florence County Sheriff's Office. Id like the judge to order this

Florence County Sheriffs Office to document, through video and audio, future

interactions and responses to insure this does not happen to another citizen.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __14h__ day of __October__ 20____.

Respectfully Submitted,

_____
Signature of Plaintiff

**262-202-0952**
Plaintiff's Telephone Number

**jaredw1016@gmail.com**
Plaintiff's Email Address

**2675 Montgomery Lake Road**

**Florence, WI 54121**
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5